while running at large in the street. Judgment for defendant. Error to the Circuit Court of Bureau county; the Hon. Joe A. Davis, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed February 8, 1919. Rehearing denied April 9, 1919.

Roy F. Hall, for plaintiff in error. Duncan & O'Conor, for defendant in error.

Mr. Presiding Justice Dibell delivered the opinion of the court.

---

Joe W. Fox, appellee, v. James L. Pursley, appellant. Gen. No. 6,605.

Action on a note. Judgment for plaintiff. Appeal from the Circuit Court of Boone county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed February 8, 1919.

F. A. Oakley, for appellant. William L. Pierce, for appellee.

Mr. Presiding Justice Dibell delivered the opinion of the court.

---

Charles Brett, appellee, v. John C. Babcock, appellant. Gen. No. 6,618.

Action to recover for damages caused by cattle breaking through fence onto plaintiff's land. Judgment for plaintiff. Appeal from the Circuit Court of Ogle county; the Hon. James S. Baume, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed February 8, 1919.

Sherburn V. Wirick and Fred A. Wirick, for appellant. Floyd J. Tilton, for appellee.

Mr. Presiding Justice Dibell delivered the opinion of the court.

---

Minnie Hipkins, appellee, v. Carl A. Blomgren, appellant. Gen. No. 6,640.

Action to recover damages for assault and battery. Judgment for plaintiff. Appeal from the Circuit Court of Rock Island county; the Hon. William T. Church, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed February 8, 1919.

J. B. & J. L. Oakleaf and C. J. Searle, for appellant. Harry M. McCaskrin and Ben A. Stewart, for appellee.

Mr. Presiding Justice Dibell delivered the opinion of the court.

---

A. J. Korzilius, appellee, v. Fred Pistella, appellant. Gen. No. 6,641.

Appeal from justice court dismissed for nonpayment of clerk's fee after same had been advanced by appellee, who took a rule to refund. Appeal from the Circuit Court of Will county; the Hon. Frank L. Hooper, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed February 8, 1919.

Mahoney & Jones, for appellant. John W. Downey, for appellee.

Mr. Presiding Justice Dibell delivered the opinion of the court.

---

Samuel Wetzell, defendant in error, v. Frank Detweiler, plaintiff in error. Gen. No. 6,587.

Judgment by confession on a promissory note. Motion to vacate denied. Error to the City Court of Sterling; the Hon. John B. Crabtree, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed February 8, 1919.

C. C. and J. W. Johnson, for plaintiff in error. Frank J Bowman, for defendant in error.

Mr. Justice Carnes delivered the opinion of the court.

---

**Joe Koritkowski, by Marion Koritkowski, appellee, v. Chicago, Milwaukee & St. Paul Railway Company et al., appellants. Gen. No. 6,596.**

Action by 7-year-old boy to recover for injuries sustained on being caught and dragged by a passing train. Judgment for plaintiff. Appeal from the Circuit Court of Rock Island county; the Hon. William T. Church, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed February 8, 1919.

Carl S. Jefferson and Charles S. Roberts, for appellants; H. H. Field, of counsel. C. J. Searle and S. R. Kenworthy, for appellee.

Mr. Justice Carnes delivered the opinion of the court.

---

**Giles S. Farmer, trustee, et al., appellees, v. Mary E. Fowler and Frank T. Fowler, appellants. Gen. No. 6,609.**

Appeal from the Circuit Court of Lake county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1918. Affirmed for reasons given in Farmer v. Fowler, Gen. No. 6,608, *ante*, p. 581. Opinion filed February 8, 1919. Dibell, P. J., dissenting.

S. H. Block, for appellants; E. V. Orvis, of counsel. W. C. Upton and Cooke, Pope & Pope, for appellees.

Mr. Justice Carnes delivered the opinion of the court.

---

**Roy E. Keye, by Edward Keye, appellee, v. James D. Roszell, trading as Roszell Ice Cream Company, appellant. Gen. No. 6,615.**

Action to recover for injuries to boy sustained while hitching on a motor truck. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the October term, 1918. Reversed. Opinion filed February 8, 1919. Niehaus, J., took no part.

McRoberts & Morgan, for appellant. Charles S. Stubbles and Elmer J. Slough, for appellee.

Mr. Justice Carnes delivered the opinion of the court.

---

**Sears, Roebuck & Company, appellee, v. O. B. Englisch, appellant. Gen. No. 6,623.**

Action to recover for goods sold and delivered. Judgment for plaintiff. Appeal from the County Court of Kankakee county; the Hon. Jay H. Merrill, Judge, presiding. Heard in this court at the October term, 1918. Reversed with finding of fact. Opinion filed February 8, 1919.

H. H. Whittemore and Lewis, Fox, Blumberg & Adelsdorf, for appellant. John H. Beckers, for appellee.

Mr. Justice Carnes delivered the opinion of the court.

---

**R. H. Hatheway, appellee, v. Peoria Railway Company, appellant. Gen. No. 6,626.**

Action to recover for damages to an automobile sustained in a collision with a street car. Judgment for plaintiff. Appeal from